JOSEPH LIEBER ET AL. *vs.* DAVID KAPLAN ET AL.

First Judicial District, Hartford, January Term, 1927.

WHEELER, C. J., MALTBIE, HAINES, HINMAN and JENNINGS, JS.

Argued January 6th—decided April 11th, 1927.

ACTION to recover damages for fraudulent representations alleged to have been made by the defendants in the sale of real estate to the plaintiffs, brought to the Superior Court in Hartford County and tried to the jury before *Banks, J.;* verdict and judgment for the plaintiffs for $2,250, and appeal by the defendants. *No error.*

*Josiah H. Peck,* with whom, on the brief, were *Isidor E. Finkelstein* and *Louis Y. Gaberman,* for the appellants (defendants).

*James B. Henry,* for the appellees (plaintiffs).

Solomon *v.* Shalett.

PER CURIAM. The jury might reasonably have found that the defendants represented the rentals of the property sold to the plaintiffs to be $540 more than they in fact were, and that the plaintiffs purchased the property in reliance upon this false representation. Having so found, the jury might, upon the evidence, reasonably have found the damage suffered by the plaintiffs to be more than the amount of the verdict.
There is no error.